**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: **FREDY CHAVARRO**　　　　　　　　Case Number 13-39933-RBR
　　　　**MARIA PILAR CHAVARRO**　　　　Chapter　　13
　　　　　　　　Debtor(s)　　/

## MOTION TO AVOID LIEN ON REAL PROPERTY

COME NOW, FREDY CHAVARRO and MARIA PILAR CHAVARRO, by and through undersigned counsel, respectfully moves this Court for order avoiding the lien on real property, and in support thereof would show as follows:

1. This case was filed under Chapter 13 on December 18, 2013.

2. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C. §522(f) to avoid and cancel a lien held by Heartwood 47, LLC fka Bank Atlantic on property held by the Debtors.

3. On June 28, 2007, Debtors obtained a Credit Agreement from Bank Atlantic that was secured by a Mortgage against the property located at recorded at 17105 NW 10th Street, Pembroke Pines, Florida 33028 ("Subject Property") OR Book 44334, Page 1040 of the public records of Broward County Florida.

4. On September 7, 2012, Bank Atlantic as Plaintiff in case number CACE 11-16912(05) filed Ex-Parte Motion for Substitution of Party Plaintiff and to Amend Case Style in order to notice the public transfer of interest in the Note to Heartwood 47, LLC.

5. The case CACE 11-16912 (05) ended in a final judgment dated December 13, 2013. See attached Certified Judgment and Mortgage securing the debt. The judgment only addresses the note and does not satisfy or extinguish the mortgage.

6. Debtors' interest in the Subject Property and encumbered by the lien has been claimed as fully exempt in the pending bankruptcy case.

7. The existence of Bank Atlantic's lien on Debtors' real property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. §522(b).

WHEREFORE, Debtors, Fredy Chavarro and Maria Pilar Chavarro, respectfully move this Court to enter an order avoiding and cancelling the lien in the subject property, and for such additional or alternative relief as may be just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronically and / or by U.S. Mail as follows:

**13-39933-RBR Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor PennyMac Loan Services, LLC
flecf@aclawllp.com

Joann M Hennessey on behalf of Debtor Fredy Chavarro
joann@cjapl.com, frandy@cjapl.com;kunal@cjapl.com;notices@cjapl.com

Joann M Hennessey on behalf of Joint Debtor Maria Pilar Chavarro
joann@cjapl.com, frandy@cjapl.com;kunal@cjapl.com;notices@cjapl.com

Michael R Kassower on behalf of Creditor Pembroke Isles Homeowner's Association
mkassower@fwblaw.net, mrothman@fwblaw.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**13-39933-RBR Notice will not be electronically mailed to:**


TO ALL CREDITORS AS PER SEPARATELY FILED CERTIFICATE OF SERVICE


Dated: April 18, 2014

**/s/ Joann M. Hennessey**
Joann M. Hennessey
Debtors' Attorney
Civil Justice Advocates, PL
3601 W. Commercial Blvd., Ste 18
Fort Lauderdale, FL 33309
Joann@cjapl.com