UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: FREDY CHAVARRO                    Case Number 13-39933-RBR
MARIA PILAR CHAVARRO                     Chapter 13

_____Debtor_____/

## NOTICE OF FILING ATTACHMENTS FOR
## MOTION TO AVOID LIEN

**COMES NOW** the DEBTORS, FREDY CHAVARRO and MARIA PILAR CHAVARRO, by and through undersigned counsel and hereby files their attachments to their MOTION TO AVOID LIEN (DE #32) filed with this court on April 18, 2014.

This 18th day of April 2014.

/s/ Joann M Hennessey
Joann M Hennessey
Civil Justice Advocates, PL.
Attorney for the Debtor
FBN: 192465
3601 W. Commercial Blvd, Suite 18
Fort Lauderdale, Florida 33309
T:954 677 8888
F:954 677 8881
joann@cjapl.com

## CERTIFICATE OF SERVICE

I hereby certify that this NOTICE OF FILING ATTACHMENTS TO MOTION TO AVOID LIEN has been filed in the Court's CM/ECF System on this 18th day of April 2014; service by ordinary U.S. mail has been sent as required to parties of record not registered to the System.

By: /s/ *Joann M. Hennessey*
Attorney for Debtor(s)
3601 W. Commercial Boulevard, Suite 18
Ft Lauderdale, Florida 33309
T: 955-677-88888
Fax: 954-677-8881
Joann@cjapl.com