

IN THE CIRCUIT COURT, IN AND FOR
BROWARD COUNTY, FLORIDA

HEARTWOOD 47, LLC
     Plaintiff,

CASE NO: CACE 11-16912 (05)

vs.

FREDY CHAVARRO AND MARIA PILAR CHAVARRO,
    Defendants.               /

## FINAL JUDGMENT

THIS CAUSE was heard upon Plaintiff, HEARTWOOD 47, LLC's Motion for Final Judgment, upon the pleadings and affidavits on file before the Court, and the Court being fully advised in the premises, it is upon consideration thereof:

ORDERED AND ADJUDGED THAT:

1.    The equities of this cause are with the Plaintiff, it is entitled to maintain this suit, and this Court has jurisdiction of the subject and the parties hereto.

2.    Defendants' Second Amended Answer dated February 2, 2012 raises no issue of fact to be tried by this Court;

3.    The Note herein sued upon was duly and legally executed, acknowledged and delivered to Plaintiff. The Note did and does constitute a good, valid and subsisting obligation to the Plaintiff as stated in Plaintiff's Complaint.

4.    Defendants defaulted in the performance of their obligations under said Note in that the payment due for August 1, 2009, was not made when due nor has said payment or any subsequent payment been made to date hereof on account of said Note secured thereby, and by virtue of the foreclosure action initiated by the holder of another lien upon the property originally securing said Note, and there have been no further payments made to date hereof on account of said Note in accordance with its terms. These defaults constitute a breach of the covenants of the Note herein sued upon

5.    There is presently due and owing Plaintiff under said Note the sum of $117,540.56 on account of principal plus interest in the amount of $11,890.66 and late charges in the amount of $1,966.33 through December 11, 2013. Interest continues to accrue at the highest statutory rate allowable by law per annum.

6.    There is also due Plaintiff the sum of $1,250.43 representing the costs thereto of this suit through December 11, 2013 as follows:

| | |
|---|---:|
| Filing Fee: | $421.00 |
| Service of Process: | $80.00 |
| Photocopies: | $132.50 |
| Postage: | $19.43 |
| Messenger | $150.00 |
| Assistance Letter (already pd by BA in 2009. not incl. in Fees): | $300.00 |
| File Retention: | $50.00 |
| AVM: | $30.00 |

HEARTWOOD 47, LLC v. Fredy Chavarro and Maria Pilar Chavarro - Case No. CACE 11-16912

| | |
|---|---|
| NSF Check Fee: | $20.00 |
| Recording Fees: | $18.50 |
| Certified Copies: | $4.00 |
| Courier (JD Certification) | $25.00 |

together with such further costs as may be incurred by the Plaintiff in this action, including, but not limited to, any advances made by the Plaintiff subsequent to the date specified in this Paragraph, which are proper under the terms of the Note in the event of a default in the payment of the sums hereinafter adjudged to be paid within the time specified.

7.    Plaintiff has agreed and promises to pay its attorneys of record herein for their services in and about this suit, a reasonable attorneys' fee to be fixed by this Court; and the Court hereby finds that both the number of hours expended by the attorney and the attorney's hourly rate for such services are reasonable and therefore decrees that $3,500.00 is a reasonable attorneys' fee to be allowed the Plaintiff for the services of its attorneys which sum is also due and owing Plaintiff.

8.    The interest of Defendants, FREDY CHAVARRO AND MARIA PILAR CHAVARRO, is subject to the payment of all sums herein found to be due the Plaintiff.

9.    The Defendants, FREDY CHAVARRO AND MARIA PILAR CHAVARRO, shall forthwith pay to the Plaintiff or its attorneys, the sums herein specified, to-wit:

| | |
|---|---|
| Principal, Interest & Late Charges: | $131,397.55 |
| Costs: | $1,250.43 |
| Attorneys' fees: | $3,500.00 |
| Total: | $136,147.98 |

THE TOTAL SHALL BEAR INTEREST AT THE LEGAL RATE, FOR WHICH LET EXECUTION ISSUE FORTHWITH.

10.    The address of the Plaintiff is:    HEARTWOOD 47, LLC
401 East Las Olas Blvd, Suite 800
Fort Lauderdale, FL 33301

11.    Defendants' last known address is:    FREDY CHAVARRO AND MARIA PILAR CHAVARRO
17105 NW 10th Street
Pembroke Pines, FL 33028

DONE AND ORDERED, at the Broward County Courthouse, Fort Lauderdale, Florida, this 11 day of December, 2013.

CIRCUIT JUDGE
THOMAS M. LYNCH IV

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Circuit Court Clerk, Broward County, Florida.
WITNESS my hand and Official Seal at Fort Lauderdale, Florida, this __ day of __ 20__.
Clerk of the Court
Deputy Clerk

Copies furnished to:
Michelle J. Gomez, Esquire
Saunders, Curtis, Ginestra & Gore, P.A.
2901 West Cypress Creek Road, Suite 101
Fort Lauderdale, FL 33309
e-service4scgg@comcast.net

Joann M. Hennessey, Esq.
Civil Justice Advocates, PL
3601 W. Commercial Blvd, #18
Fort Lauderdale, FL 33309
notices@cjapl.com; info@cjapl.com

HEARTWOOD 47, LLC v. Fredy Chavarro and Maria Pilar Chavarro – Case No. CACE 11-16912    Page -2-