UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: FREDY CHAVARRO           Case Number 13-39933-RBR
      MARIA PILAR CHAVARRO     Chapter 13

            Debtor(s)    /

CERTIFICATE OF SERVICE

**Joann M Hennessey**, attorney for the Debtor, hereby certifies to the Court as follows:

1. I am not a party for the foregoing proceeding;

2. I am not less than 18 years of age;

3. I have this day served a copy of the foregoing **MOTION TO AVOID LIEN ON REAL PROPERTY, NOTICE OF FILING ATTACHMENTS AND HEARING REQUESTED** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, (or by certified mail, return receipt, postage prepaid, as indicated below), addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

**13-39933-RBR Notice will be electronically mailed to:**

Joann M Hennessey on behalf of Debtor Fredy Chavarro
joann@cjapl.com, frandy@cjapl.com;kunal@cjapl.com;notices@cjapl.com

Joann M Hennessey on behalf of Joint Debtor Maria Pilar Chavarro
joann@cjapl.com, frandy@cjapl.com;kunal@cjapl.com;notices@cjapl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**13-39933-RBR Notice will not be electronically mailed to:**

| American Express | American Home Mtg Srv/Homeward Resident |
| Po Box 3001 | Ahmsi / Attention: Bankruptcy |
| 16 General Warren Blvd | Po Box 631730 |
| Malvern, PA 19355 | Irving, TX 75063 |

| | |
|---|---|
| Ars /Account Resolution Services<br>1801 Nw 66th Ave<br>Fort Lauderdale, FL 33313 | Bank Atlantic/BB&T<br>200 W. 2nd Street<br>Winston-Salem, NC 27102 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | Chase<br>Po Box 24696<br>Columbus, OH 43224 |
| Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 | Citifinancial<br>605 Munn Road<br>Fort Mill, SC 29715 |
| Collection of Atlanta/Carter-Young<br>Attention: Bankruptcy<br>Po Box 82269<br>Conyers, GA 30013 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 |
| Litton Loan Servicing<br>4828 Loop Central<br>Houston, TX 77081 | Loancare Servicing Ctr<br>3637 Sentara Way<br>Virginia Beach, VA 23452 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | Ocwen Loan Servicing L<br>3451 Hammond Avenue<br>Waterloo, IA 50702 |
| Pinnacle Credit Service<br>Attn: Bankruptcy<br>Po Box 640<br>Hopkins, MN 55343 | Santander Bank Na<br>1130 Berkshire Blvd 3rd Floor<br>Wyomissing, PA 19610 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | Saxon Mortgage Service<br>Po Box 16189<br>Fort Worth, TC 76161 |
| Victoria's Secret<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218 | Sunshine Savings Bank<br>1400 E Park Ave<br>Tallahassee, FL 32301 |
| Wf Fin Bank<br>Attention: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306 | Wells Fargo<br>800 Walnut St<br>Des Moines, IA 50309 |