UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

☒ ___6MP___ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: Fredy Chavarro          JOINT DEBTOR: Maria Pilar Chavarro          CASE NO.: 13-39933-RBR

Last Four Digits of SS# __3043__          Last Four Digits of SS# __6953__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.    $ 606.21  for months __1__ to __20__ ;

     B.    $ 274.40  for months __21__ to __21__ ;

     C.    $ 1,311.73 for months __22__ to __24__ ;

     D.    $ 2,568.27 for months __25__ to __60__ ; in order to pay the following creditors:

Administrative:  Attorney's Base Fee - $ 3,000.00  Motion to Value $750.00  Motion to Modify $500 Total Fee: $4,250.00

               TOTAL PAID: $614.00  **Balance Due:** $ 3,636.00  paid $156.80/mo (Months 1 to 20),

               $100.00/mo (Month 21), and $133.33/mo (Mo 22 to 24).

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

    1. Chase / PennyMac Acct # 5640

       Address: PO Box 514387            Arrear Payments: $52,310.95 at $179.39/mo (Months 1 to 20)

             Los Angeles, CA 90051-4387  $70.00/mo (Months 21 to 24), and 1,345.64/mo (Months 25 to 60)

       CURE and MAINTAIN           Regular Payment: 167.34/mo (Mos 1 to 20), $76.96 Mo 21, and

                             $989.15 / mo (Months 22 to 60)

                           Property Address: 17105 NW 10th  Street

                                      Pembroke Pines, FL 33028

    2. Heartwood 47, LLC                Arrears on Petition Date:  N/A

       Address: 401 East Las Olas Blvd, Suite 800    Arrear Payments: SEE TREATMENT BELOW

             Fort Lauderdale, FL 33301       Regular Payment: SEE TREATMENT BELOW

                                Property Address: 17105 NW 10th Street

                                  Pembroke Pines, FL 33028

**NOTE: IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Heartwood 47, LLC<br>401 East Las Olas Blvd., Ste 800<br>Fort Lauderdale, FL 33301 | 17105 NW 10ᵗʰ Street<br>Pembroke Pines, FL 33028<br>$180,100.00 | N/A | N/A | N/A | To be treated as general unsecured debt. |

Priority Creditors: [as defined in 11 U.S.C. §507] 1. _____ Total Due $_____ Payable ____/month (Months___ to ____)

Unsecured Creditors: Pay $ 85.15/month (Month 1 to 20).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

HOA Pembroke Isles Homeowner's Association to be paid direct and outside.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Fredy Chavarro_____      _Maria Pilar Chavarro_____

Debtor                                 Joint Debtor

Date: __9/22/15__                  Date: __9/22/15__

LF-31 (rev. 01/08/10)