

**ORDERED in the Southern District of Florida on November 12, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: **FREDY CHAVARRO**  Case Number 13-39933-RBR
**MARIA PILAR CHAVARRO**  Chapter     13
Debtor(s)      /

### AGREED ORDER CONTINUING HEARING ON HEARTWOOD 47 LLC's MOTION TO VACATE CONFIRMATION ORDER AT DE 90

This matter came before the court on November 12, 2015 on Movant's Motion to Vacate Confirmation Order or, in the alternative, for Relief from Confirmation Order filed by Heartwood 47 LLC (D.E. 90). The parties being in agreement, it is:

**ORDERED** as follows:

1. The hearing in this matter is continued to December 17, 2015 at 1:00pm and will take place at 299 E. Broward Boulevard, Room 308, Fort Lauderdale, Florida 33301.

### ###

1

Submitted by:
**Jay B. Verona**
Attorney for Movant
Bank of America Plaza, Suite 2800
101 East Kennedy Boulevard
Tampa, FL  33602
jverona@slk-law.com
813-229-7600

*Jay B. Verona, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

**Copies furnished to:**

JOANN M HENNESSEY
3601 W COMMERCIAL BLVD # 18
FT LAUDERDALE, FL  33309
joann@cjapl.com

Robin R. Weiner, Esq.
Chapter 13 Trustee
PO Box 559007
Fort Lauderdale, FL 33355
ecf@ch13weiner.com;ecf2@ch13weiner.com